**Ronald D. BEAL, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 584, 2016**

Supreme Court of Delaware.

Submitted: December 27, 2016

Decided: February 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1308023217

DISMISSED.